FREEDOM OF CHOICE, INC., v. NATION ASSOCIATES, INC.— [In each action] Motion to enforce order of this court dismissed, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

In the Matter of ARMAND A. CIOFFI v. EDWARD T. McCAFFREY et al.— Motion for leave to appeal as a poor person and for an enlargement of time denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BURTON N. PUGACH v. MILTON KLEIN, as Warden.— Motion to dismiss appeal granted on the ground that relator unreasonably failed to prosecute the appeal and on the ground that the appeal has become academic. Motion to dismiss appeal granted. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ARNOLD SCHILDHAUS.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM BROWN.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN EARL BENJAMIN.— Motion to dismiss appeal granted. Motion for leave to appeal as a poor person dismissed as academic in view of the decision of this court decided herein. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

In the Matter of EDWARD G. GILBERT v. ARMAND D'ANGELO, as Commissioner.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DOMINICK CASAREALE.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIO MICHAEL RIVERA v. HENRY J. NOBLE, as Warden. (B) THE PEOPLE OF THE STATE OF NEW YORK v. LUIS MARTINEZ.— [In each action] Motion to dismiss appeal granted. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

GLADYS VEZIANO v. ANTHONY VEZIANO.— Motion for leave to reargue denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

R. LAPANOUSE, S. A. v. INTRA-MAR TRANSPORT CORP.— Motion for a stay granted to the extent of allowing appellant to serve the answer within 10 days after service of a copy of the order entered herein, with notice of entry. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

MARTHA EISMAN v. HEIME EISMAN.— Motion for a stay denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARCIAL ROSADO.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.